# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA CRAWFORD-GREEN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17−cv–0592−JPG |
| MADISON COUNTY, ILLINOIS | ) |
| Defendant. | ) |

# JUDGMENT

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice.** The parties shall bear their own costs.

**DATED**: August 17, 2017

JUSTINE FLANAGAN, ACTING CLERK

By: s/*Tammy McMannis*
Deputy Clerk

**APPROVED: s/J. Phil Gilbert**
J. PHIL GILBERT
United States District Judge